# United States Court of Appeals
## For the First Circuit

No. 16-1090

IRMA AGUILAR-ESCOTO,

Petitioner,

v.

JEFFERSON B. SESSIONS, III,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on October 27, 2017, is amended as follows:

On page 7, lines 14-19, remove: "We note, for the benefit of the agency on remand, that the Board's failure to consider Aguilar's documentary evidence may have been rooted in its fundamental misunderstanding of her claim. Again, the Board appears to have operated under the mistaken assumption that Aguilar had applied for asylum as well as withholding of removal."

Replace the deleted sentences with: "We observe, again, that Aguilar was not eligible for asylum and instead sought withholding of removal.